UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                              Date:   10/05/2021
Court Reporter:   TAMMERA WITTE                   Docket No: 2:21-426-BRM-01

Title of the Case:

UNITED STATES OF AMERICA
v.
WALI DUNCAN

Appearances:

Kendall Randolph, AUSA
John McMahon, Attorney for Defendant
Joanne Young, USPO

Nature of Proceedings:   Sentencing *(Via Zoom)*

Deft. Present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 144 on each of Counts 1 & 2 of the Information, to run concurrently
SUPERVISED RELEASE: 5 Years. This term consists of 5 Years on Count 1 & 3 Years on Count 2 of the Information, to run concurrently
Special Assessment: $200 (due immediately)
Special Conditions:
- Self-Employment/Business Disclosure
- Alcohol/Drug Testing & Treatment
- No Gangs/Criminal Associations
- Mental Health Treatment
- Supporting Dependents
- Life Skills/Education

Fine:  WAIVED
Defendant was advised of his right to appeal.
Court Ordered Deft to Voluntarily Surrender on a date set by the BOP and a facility for service of this sentence close to defendant's home address

Commenced:   11:00 am
Concluded:    11:40 am

                                              Lissette Rodriguez, Courtroom Deputy
                                              to the Hon. Brian R. Martinotti U.S.D.J.