UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES :
:
: Mag. No. 2:21cr426(BRM)
:
v. :
:
: **ORDER to Amend Bail**
:
WALI DUNCAN :

THIS MATTER having come before the Court on the application of the defendant, Wali Duncan (by John J. McMahon, Esq.) and the United States (by Kendall Randolph, Assistant U.S. Attorney) and U.S. Pretrial Services (by Andrew J. Dziopa) having consented thereto, and for good cause shown,

IT IS on this 22nd of October 2021,

**Hereby ordered** that the defendant, Wali Duncan, be permitted to pick up his children from their home located at 28 Seabury Street in Newark on October 22nd from 2pm-5pm and on October 23rd from 12pm-4pm and take them to Dave & Buster's located at the Willowbrook Mall in Wayne, New Jersey. He will then return them to 28 Seabury Street in Newark before returning to his home address.

**Further ordered** that all other conditions of bail remain intact.

Honorable Michael A. Hammer
United States Magistrate Judge